UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFF SHERRILL, on behalf of himself and a class of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS; LIFEWISE HEALTH PLAN OF OREGON; and LIFEWISE ASSURANCE CO.,<br><br>Defendants. | NO. 10-00590<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>**COLLECTIVE ACTION**<br><br>**CLASS ACTION** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.  <u>Defendant Premera Blue Cross</u> hereby discloses that it is wholly owned by Premera, a nonprofit corporation under RCW 24.06.

2.  <u>Defendant Lifewise Health Plan of Oregon</u> hereby discloses that it is wholly owned by Ucentris Insured Solutions, Inc., a Washington for profit corporation. Ucentris Insured Solutions, Inc., is wholly owned by Premera Blue Cross.

3.  <u>Defendant Lifewise Assurance Co.</u> hereby discloses that it is wholly owned by Ucentris Insured Solutions, Inc., a Washington for profit corporation. Ucentris Insured Solutions, Inc., is wholly owned by Premera Blue Cross.

CORPORATE DISCLOSURE STATEMENT
(10-00590) - 1
4820-9232-0774.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

1 | DATED this 14th day of May, 2010.

2 |                 RIDDELL WILLIAMS P.S.

4 | By   s/Karen F. Jones
5 |       Karen F. Jones, WSBA #14987
      Karl J. Quackenbush, WSBA #9602
      Laurence A. Shapero, WSBA #31301
6 |       Gena M. Bomotti, WSBA #39330
      Attorneys for Defendants

CORPORATE DISCLOSURE STATEMENT
(10-00590) - 2
4820-9232-0774.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2010, I **electronically filed** the foregoing CORPORATE DISCLOSURE STATEMENT using the CM/ECF system which will send notification of such filing to:

- **Kelly M Dermody**
  kdermody@lchb.com,epeterson@lchb.com

- **Jahan C. Sagafi**
  jsagafi@lchb.com,rdempsey@lchb.com

- **Anne B. Shaver**
  ashaver@lchb.com,jsagafi@lchb.com

- **Michael C Subit**
  msubit@frankfreed.com,szimmerman@frankfreed.com

DATED May 14, 2010.

*Janine Fader*
Janine Fader

CORPORATE DISCLOSURE STATEMENT
(10-00590) - 3
4820-9232-0774.01

RIDDELL WILLIAMS P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600