# United States District Court

WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

JEFF SHERRILL, on behalf of himself and a
class of those similarly situated

v.

PREMERA BLUE CROSS; LIFEWISE
HEALTH PLAN OF OREGON; and
LIFEWISE ASSURANCE CO.

CASE NUMBER: C10-590Z

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came on for consideration before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The issues have been resolved by the parties as set forth in the AMENDED ORDER (1) CONFIRMING CERTIFICATION OF CLASS AND COLLECTIVE ACTION, (2) GRANTING FINAL APPROVAL TO CLASS ACTION SETTLEMENT, and (3) DIRECTING ENTRY OF JUDGMENT, and all claims are hereby DISMISSED WITH PREJUDICE as provided therein.

August 25, 2011                                WILLIAM M. McCOOL
                                                      Clerk

                                               s/Claudia Hawney
                                          _____
                                               By, Deputy Clerk